Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 3 2020

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

| United States of America | ) |
| v. | ) |
| Skylar Dayne Goodman | ) Case No. 3:20-cr-141 |
| | ) |
| Defendant | ) 4:20mj00240 JJV |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*              Skylar Dayne Goodman                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violation(s) of Pretrial Release.



Date:  10/23/2020            /s/ Shantel Jagol
                             _____
                                    *Issuing officer's signature*

                             Shantel Jagol, Deputy Clerk
City and state:  Fargo, ND   _____
                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____        _____
                                    *Arresting officer's signature*

                             _____
                                    *Printed name and title*

AO 442 (Rev. 10/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

PS 8
(Rev. 2/2013)

# United States District Court
## For The
## District of North Dakota

### Petition for Action on Conditions of Pretrial Release

| United States of America | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | Docket No.: 0868 3:20CR00141-1 |
| | ) | |
| Skylar Dayne Goodman | ) | |

COMES NOW, Meghan Nelson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Skylar Dayne Goodman who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at, on September 14, 2020, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.
6. Defendant shall comply with the process to transfer his pretrial supervision outside of the District of North Dakota.
7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.
8. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.
9. Defendant shall not knowingly or intentionally have any direct or indirect contact with alleged victim(s) or any witnesses, except that counsel for the defendant, or counsel's

PS 8
(Rev. 2/2013)
Goodman, Skylar
0868 3:20CR00141

    agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.
10. Defendant shall undergo a substance abuse evaluation and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.
11. Defendant shall reside with his parents (Karl and Shirl Goodman) and not change this residence without prior approval of the Pretrial Services Officer.
12. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.
13. Defendant shall not obtain a passport.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Conditions #1 and #9** : On 10/21/2020, a superseding indictment was filed charging the defendant with an additional charge of Corruptly Attempting to Obstruct an Official Proceeding by having contact with an alleged witness in his case in September 2020. It is alleged the defendant attempted to solicit and request the witness to make false statements to law enforcement.

PRAYING THAT THE COURT WILL ORDER:
It is respectfully recommended the Court issue a warrant for the defendant's arrest.

                I declare under penalty of perjury that the foregoing is true and correct.

                Respectfully,

                /s/ Meghan Nelson        10/23/2020
                U.S. Pretrial Services Officer
                Place: Fargo

### ORDER OF THE COURT

Considered and ordered this __23__ day of October, 2020, and ordered filed and made a part of the record in the above case.

☒    Warrant to be issued
☐    Summons to be issued

PS 8
(Rev. 2/2013)
Goodman, Skylar
0868 3:20CR00141

- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

*[signature]*

Alice Senechal
U.S. Magistrate Judge